```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 28003
   KEN MCFADDEN
   VERONICA MCFADDEN                          CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2758    SSN XXX-XX-5990

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/28/2004 and was confirmed 02/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  80.50% from remaining funds.

     The case was paid in full 01/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED NOT I   NOT FILED            .00           .00
FORD MOTOR CREDIT          UNSECURED       NOT FILED            .00           .00
PCFS MORTGAGE RESOURCES    CURRENT MORTG        .00             .00           .00
PCFS MORTGAGE RESOURCES    MORTGAGE ARRE    5329.11             .00       5329.11
COOK COUNTY TREASURER      PRIORITY        NOT FILED            .00           .00
COOK COUNTY TREASURER      UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED       NOT FILED            .00           .00
CERTEGY FKA EQUIFAX        UNSECURED       NOT FILED            .00           .00
AT & T WIRELESS            UNSECURED       NOT FILED            .00           .00
ANDERSON FINANCIAL NETWO   NOTICE ONLY     NOT FILED            .00           .00
CHECK PROTECTION SYSTEMS   NOTICE ONLY     NOT FILED            .00           .00
CREDIT FIRST               UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED OTH    1549.58             .00       1248.31
FARMERS INSURANCE          UNSECURED       NOT FILED            .00           .00
CREDIT FIRST               UNSECURED OTH     199.72             .00        159.90
FORD MOTOR CREDIT          UNSECURED       NOT FILED            .00           .00
HCS                        UNSECURED       NOT FILED            .00           .00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         409.60             .00        329.74
MCI COMMUNICATIONS         UNSECURED       NOT FILED            .00           .00
MCS                        UNSECURED       NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00           .00
AAFES                      UNSECURED         554.66             .00        446.52
NICOR GAS                  NOTICE ONLY     NOT FILED            .00           .00
ONYX ACCEPTANCE CORP       UNSECURED        7042.93             .00       5669.84
THE PROVIDENT BANK         NOTICE ONLY     NOT FILED            .00           .00
RADIOLOGICAL PH            UNSECURED       NOT FILED            .00           .00
RADIOLOGY                  UNSECURED       NOT FILED            .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED            .00           .00
CAVALRY INVESTMENTS        UNSECURED         573.60             .00        461.77
STORES ONLINE              UNSECURED       NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 28003 KEN MCFADDEN & VERONICA MCFADDEN
```

```
SOUTH SUBURBAN HOSPITAL    NOTICE ONLY    NOT FILED              .00            .00
DIVERSIFIED COLLECTION S   NOTICE ONLY    NOT FILED              .00            .00
US CELLULAR                UNSECURED      NOT FILED              .00            .00
ACCOUNT RECOVERY SERVICE   NOTICE ONLY    NOT FILED              .00            .00
VERIZON WIRELESS           UNSECURED         511.00              .00         411.38
VILLAGE OF HAZEL CREST     UNSECURED            .00              .00            .00
RMI/MCSI                   NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF MATTESON        UNSECURED      NOT FILED              .00            .00
COLLECTION OF AMERICA      NOTICE ONLY    NOT FILED              .00            .00
WAL MART STORES INC        UNSECURED      NOT FILED              .00            .00
WEXLER & WEXLER            NOTICE ONLY    NOT FILED              .00            .00
NICOR GAS                  UNSECURED         342.36              .00         275.61
MKM AQUISITIONS            UNSECURED         500.00              .00         402.52
SHERMAN ACQUISITION        UNSECURED         561.01              .00         451.64
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,694.00                        2,694.00
TOM VAUGHN                 TRUSTEE                                         1,019.66
DEBTOR REFUND              REFUND                                          1,069.85

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              19,969.85

PRIORITY                                             .00
SECURED                                         5,329.11
UNSECURED                                       9,857.23
ADMINISTRATIVE                                  2,694.00
TRUSTEE COMPENSATION                            1,019.66
DEBTOR REFUND                                   1,069.85
                     --------------         --------------
TOTALS               19,969.85                 19,969.85
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
  Dated: 01/28/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 04 B 28003 KEN MCFADDEN & VERONICA MCFADDEN